THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BRAD MOORE | § | CASE NO. 05-40140-R |
| XXX-XX-9172 | § | |
| 16003 HIGHWAY 56 | § | CHAPTER 13 |
| SHERMAN, TX 75092 | § | |
| | § | |
| RUTH ANN MOORE | § | |
| XXX-XX-4097 | § | |
| | § | |
| DEBTORS | § | |

## NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF THE UNITED STATES BANKRUPTCY COURT

The Notice of Janna L. Countryman, Trustee herein, respectfully would show:

1. That she is the duly qualified and acting Trustee in this case.

2. The Trustee has made distributions of the funds of this estate in accordance with the confirmed Chapter 13 Plan and/or the Bankruptcy Code. Some of the distribution checks have not been negotiated.

3. An amount has been reserved for the following creditor to whom previous checks were submitted without negotiation:

   | Creditor | Reserve Amount |
   |---|---|
   | CNA SURETY ATTN SURETY CLAIMS 9A711628 | $4,021.61 |

4. A turnover check payable to the Clerk of the United States Bankruptcy Court for $4,021.61 is attached to this Notice.

Dated: 3/29/10

Janna L. Countryman, TBN 04888050
Greg R. Arnove, TBN 00783562
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas 75074
(972) 943-2580 / Fax (972) 943-8050

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice to Deposit Funds Into the Unclaimed Funds Registry of the United States Bankruptcy Court has been served upon the following parties in interest on the date set forth below by mailing a copy of same to them via first class mail.

BRAD MOORE
RUTH ANN MOORE
16003 HIGHWAY 56
SHERMAN, TX 75092

PELLEY LAW OFFICE
905 NORTH TRAVIS STREET
SHERMAN, TX 75090-5022

CNA SURETY
CNA PLAZA 13 SOUTH
CHICAGO, IL 60695-0001

CNA SURETY ATTN SURETY CLAIMS 9A711628
333 S. WABASH AVE FL. 41
CHICAGO, IL 60604-4107

Dated: 3/29/10

Office of the Standing Chapter 13 Trustee